UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
CLERK
2:03 pm, Jan 27, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

| | |
|---|---|
| CHRISTOPHER JIMENEZ, on behalf of himself, individually, and all other persons similarly situated,<br><br>      Plaintiff,<br><br>- against -<br><br>SOUTHWEST AIRLINES CO.,<br><br>      Defendant. | Civil Action No. 2:22-CV-05313-GRB-ST |

## STIPULATION OF DISMISSAL

Plaintiff Christopher Jimenez and Defendant Southwest Airlines Co. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party being that party's own attorney's fees and costs. All rights of appeal are waived.

Dated: January 26, 2023

**LAW OFFICE OF PETER A. ROMERO PLLC**

By: /s/ David D. Barnhorn

David D. Barnhorn Esq.,
490 Wheeler Road, Suite 250
Hauppauge, NY 11788
(631) 257-5588
dbarnhorn@RomeroLawNY.com

*Attorneys for Plaintiff Christopher Jimenez*

Dated: January 26, 2023

**GREENBERG TRAURIG, LLP**

By: /s/ Jason D. Burns

Jason D. Burns, Esq.
One Vanderbilt Avenue,
New York, NY 10017
(212) 801-9294
Jason.Burns@gtlaw.com

*Attorneys for Southwest Airlines Co.*

```
The Clerk of the Court is directed
to mark this case CLOSED

SO, ORDERED:

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.
Dated:          January 27, 2023
                Central Islip, New York
```